Arnold PACYNA, Appellee, v. NASSAU ELECTRIC RAILROAD COMPANY and Philip S. Tashman, Appellant.

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 319.

1018

Clarence E. Mellen, of New York City (Everett W. Bovard, of New York City, of counsel), for appellant Tashman.

George D. Yeomans, of Brooklyn, N. Y. (Harold L. Warner, of Brooklyn, N. Y., of counsel), for appellant Nassau Electric Railroad Company.

George Thoms, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.